IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA BUMGARDNER, et al.,[1] | Civ. S-06-2205-WBS PAN |
| Plaintiffs, | No. Misc. S-06-0061 WBS EFB PS |
| vs. | |
| JOHN KUPKA, et al., | |
| Defendants. | ORDER |

On September 15, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within ten days.  No objections were filed.

Accordingly, the court presumes any findings of fact are correct.  See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing,

---

[1] Although "Donna Bumgardner, et al." is not the true plaintiff in this matter, for the reasons stated by the Magistrate Judge in his findings and recommendations, the court finds it appropriate to refer to the case by this caption.

1

concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed September 15, 2006, are ADOPTED;

2. The request to amend judgment is denied; and

3. This action is dismissed for lack of subject matter jurisdiction.

DATED: October 4, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2