AT-138, EJ-125

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| J. RUSSELL CUNNINGHAM, SBN 130578<br>VICTORIA C. BAKER, SBN 208048<br>DESMOND, NOLAN, LIVAICH & CUNNINGHAM<br>1830 15th Street<br>Sacramento, CA 95814<br>TELEPHONE NO.: (916) 443-2051    FAX NO.: (916) 443-2651<br>ATTORNEY FOR (Name): SUSAN VINEYARD | |

NAME OF COURT: UNITED STATES DISTRICT COURT
STREET ADDRESS: 501 I Street, 4F Room 200
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95814
BRANCH NAME: Eastern District of California

PLAINTIFF: SUSAN VINEYARD, assignee of PHILIP SHERIDAN and CARDINAL CORPORATION
DEFENDANT: JOHN KUPKA and HANGTOWN LEASING COMPANY, a Delaware Corporation.

| APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION | CASE NUMBER: |
|---|---|
| [X] ENFORCEMENT OF JUDGMENT    [ ] ATTACHMENT (Third Person)<br>[ ] Judgment Debtor    [X] Third Person | 2:06-CV-02205-WBS-EFB |

## ORDER TO APPEAR FOR EXAMINATION

1. TO (name): CYNTHIA KUPKA
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [ ] furnish information to aid in enforcement of a money judgment against you.
   b. [X] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: June 13, 2007    Time: 10:00 a.m.   Dept. or Div.:    Rm.:
Address of court [ ] shown above [X] is:  501 I Street, 8th Floor, Courtroom 25
                                          Sacramento, CA 95814

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person (name):

Date: May 16, 2007

_(signature)_
JUDGE OR REFEREE

**This order must be served not less than 10 days before the date set for the examination.**
## IMPORTANT NOTICES ON REVERSE

### APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION

4. [ ] Judgment creditor  [X] Assignee of record  [ ] Plaintiff who has a right to attach order
   applies for an order requiring (name): CYNTHIA KUPKA    to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.

5. The person to be examined is
   [ ] the judgment debtor
   [X] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.

6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is **not** the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: May 1, 2007

Victoria C. Baker
(TYPE OR PRINT NAME)    (Continued on reverse)    (SIGNATURE OF DECLARANT)

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>AT-138, EJ-125 [Rev. July 1, 2000] | **APPLICATION AND ORDER<br>FOR APPEARANCE AND EXAMINATION**<br>(Attachment — Enforcement of Judgment) | Legal Solutions Plus | Code of Civil Procedure<br>§§ 491.110, 708.110, 708.120 |

**APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)**

**NOTICE TO JUDGMENT DEBTOR** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**APPEARANCE OF A THIRD PERSON**
**(ENFORCEMENT OF JUDGMENT)**

**(1) NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**(2) NOTICE TO JUDGMENT DEBTOR** The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows *(Describe the property or debt using typewritten capital letters)*:

23401 N HIGHWAY 99, ACAMPO, CA (SEE LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT A)

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

**APPEARANCE OF A THIRD PERSON (ATTACHMENT)**

**NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

**APPEARANCE OF A CORPORATION, PARTNERSHIP,**
**ASSOCIATION, TRUST, OR OTHER ORGANIZATION**

It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.

---

AT-138, EJ-125 [Rev. July 1, 2000]        **APPLICATION AND ORDER**        Page two
                                           **FOR APPEARANCE AND EXAMINATION**
                                           (Attachment — Enforcement of Judgment)

## EXHIBIT "A"

Description:

All that real property in the County of San Joaquin, State of California, described as follows:

PARCEL I,
The south one-half of the North one-half of the Northeast Quarter of Section 13, Township 4 North, Range 6 East, Mount Diablo Base and Meridian.

EXCEPT that portion conveyed to the State of California by deed recorded October 5, 1954 in Book of Official Records, Vol. 1674, page 454, San Joaquin County Records.

PARCEL II,
A strip of land 10 rods wide across the North side of the South one-half of the Northeast Quarter of Section 13, Township 4 North, Range 6 East, Mount Diablo Base and Meridian.

EXCEPT that portion conveyed to the State of California by deed recorded October 5, 1954 in Book of Official Records, Vol. 1674, page 454, San Joaquin County Records.

PARCEL III,
The North one-half of the North one-half of the Northeast Quarter of Section 13, Township 4 North, Range 6 East, Mount Diablo Base and Meridian.

EXCEPT that portion conveyed to the State of California by deed recorded October 5, 1954 in Book of Official Records, Vol. 1674, page 454, San Joaquin County Records.

PARCEL IV,
A portion of the East one-half of the Northeast Quarter of Section 13, Township 4 North, Range 6 East, Mount Diablo Base and Meridian, more particularly described as follows:

Beginning at the Northeast corner of the Northwest Quarter of said Section 13, thence South along the East line of said Quarter Section, a distance of 400 feet to a point; thence West and parallel to the North line of said Section 13, a distance of 1120 feet, more or less, to the center line of a 40 foot roadway, thence North along the center line of said roadway, a distance of 400 feet, more or less to the North line of said Quarter Section, thence East along the North line of sad Quarter Section, a distance of 1320 feet to the point of Beginning.

EXCEPT THEREFROM the West 20 feet as conveyed to E. W. LeBaron, a married man, by Instrument recorded March 14, 1961 in Book of Official Records, Vol. 2393, page 570, San Joaquin County Records.

PARCEL V:
The South 70 acres of the Northeast Quarter of Section 13, Township 4 North, Range of East, Mount Diablo Base and Meridian.

EXCEPT THEREFROM that portion conveyed to the State of California by deed recorded September 23, 1954 in Book of Official Records, Vol. 1670, page 592, San Joaquin County Records.

J. RUSSELL CUNNINGHAM, SBN 130578
VICTORIA C. BAKER, SBN 208048
DESMOND, NOLAN, LIVAICH & CUNNINGHAM
1830 15th Street
Sacramento, California 95814
Telephone:   (916) 443-2051
Facsimile:   (916) 443-2651

Attorneys for Susan Vineyard

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No.: 2:06-cv-02205-WBS-EFB |
| SUSAN VINEYARD, assignee of PHILLIP SHERIDAN and CARDINAL CORPORATION, | PROOF OF SERVICE |
| Plaintiff, | |
| vs. | |
| JOHN KUPKA and HANGTOWN LEASING COMPANY, a Delaware Corporation. | |
| Defendants. | |

I am employed in the City and County of Sacramento. My business address is 1830 15th Street, Sacramento, California 95814. I am over the age of 18 years and not a party to the above-entitled action.

I am familiar with Desmond, Nolan, Livaich & Cunningham's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in the U.S. mailbox after the close of each day's business.

On May 1, 2007, I served the following:

1.    APPLICATION AND [PROPOSED] ORDER FOR APPEARANCE AND EXAMINATION (ENFORCEMENT OF JUDGMENT)

[✔]    (BY MAIL) on the parties in this action by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail, addressed as follows:

1

1  Corporate Systems, Inc.  
   505 Brookfield Drive  
2  Dover, Delaware 19901

3  Dead Oak Estates, Inc., a Delaware  
   corporation  
4  PO Box 94  
   El Dorado Hills, CA 95630

5  
   Dead Oak Estates, Inc, a Delaware  
6  corporation  
   3051 Cedar Hurst Circle  
7  Cameron Park, CA 95682

Hangtown Leasing Company, a Delaware  
corporation  
PO Box 95  
El Dorado Hills, CA 95630

Hangtown Leasing Company, a Delaware  
corporation  
3051 Cedar Hurst Circle  
Cameron Park, CA 95682

Susan Vineyard  
301 East Oak Street  
West Frankfort, Illinois 62896

8      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed on May 1, 2007, at Sacramento, California.

_____  
JOANNE DIAZ

2