**J. RUSSELL CUNNINGHAM - SB 130578**
**DESMOND, NOLAN, LIVAICH & CUNNINGHAM**
1830 15th Street
Sacramento, California  95811
Telephone:  (916) 443-2051
Facsimile:  (916) 443-2651

Attorneys for SUSAN VINEYARD,
Assignee of Phillip Sheridan, Judgment Creditor

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSAN VINEYARD, assignee of PHILLIP SHERIDAN,<br><br>  Judgment Creditor,<br><br>  v.<br><br>JOHN KUPKA, and HANGTOWN LEASING COMPANY, a Delaware Corporation,<br><br>  Judgment Debtors. | **CASE NO.** 2:06-cv-02205-WBS-EFB<br><br>Date:  August 29, 2007<br>Time:  10:00 a.m.<br>Place:  Court Room 25<br>  501 "I" Street, 8th Floor<br>  Sacramento, CA 95814 |

**ORDER CONTINUING EXAMINATION OF CYNTHIA KUPKA**

This matter was called at the above-captioned date, time, and place, the Honorable Edmund F. Brennan, United States Magistrate Judge, presiding. J. Russell Cunningham appeared for SUSAN VINEYARD, the judgment creditor.  No appearance was made by CYNTHIA KUPKA, the third-party to whom the underlying order to appear for examination was directed.  Upon consideration of the record, including the representations of counsel, and good cause appearing therefore,

IT IS ORDERED that:

1. The examination shall be, and hereby is, continued to October 10, 2007, at 10:00 a.m.

2. Counsel for SUSAN VINEYARD shall serve notice of the continuance by first class

- 1 -

1  mail to: (a) CYNTHIA KUPKA at the same address at which personal service of the order was
2  effected; and (b) George Hollister, counsel for CYNTHIA KUPKA.
3      3.    The parties may present a stipulation that provides for conducting the examination
4  at a prior time and private location.
5  Dated:  September 6, 2007.

                                                                       **EDMUND F. BRENNAN**
                                                                       U.S. MAGISTRATE JUDGE