**J. RUSSELL CUNNINGHAM - SB 130578**
**DESMOND, NOLAN, LIVAICH & CUNNINGHAM**
1830 15th Street
Sacramento, California 95811
Telephone:   (916) 443-2051
Facsimile:    (916) 443-2651

Attorneys for SUSAN VINEYARD,
Assignee of Phillip Sheridan, Judgment Creditor

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN VINEYARD, assignee of PHILLIP SHERIDAN,<br><br>        Judgment Creditor,<br><br>v.<br><br>JOHN KUPKA, and HANGTOWN LEASING COMPANY, a Delaware Corporation,<br><br>        Judgment Debtors. | **CASE NO.** 2:06-cv-02205-WBS-EFB<br><br>Date:  October 31, 2007<br>Time:  10:00 a.m.<br>Place: Court Room 25<br>      501 "I" Street, 8th Floor<br>      Sacramento, CA 95814 |

### ORDER CONTINUING EXAMINATION OF CYNTHIA KUPKA

Upon consideration of the request of J. Russell Cunningham, counsel for judgment creditor SUSAN VINEYARD, and the consent of George C. Hollister, counsel for third-party respondent CYNTHIA KUPKA, as reflected by the approval as to form attested to below, and good cause appearing therefore,

////

////

////

- 1 -

1      IT IS ORDERED that the examination shall be, and hereby is, continued from October 10,
2  2007, at 10:00 a.m. to October 31, 2007, at 10:00 a.m., at the above-captioned court.
3  Dated: October 10, 2007.

                                      _____
                                      **HONORABLE EDMUND F. BRENNAN**
                                      UNITED STATES MAGISTRATE JUDGE

<u>APPROVED AS TO FORM</u>:

**HOLLISTER LAW CORPORATION**

        Signature on original
By: _____
       George C. Hollister, Attorneys for
       Cynthia Kupka, Third-Party Respondent