**J. RUSSELL CUNNINGHAM - SB 130578**
**DESMOND, NOLAN, LIVAICH & CUNNINGHAM**
1830 15th Street
Sacramento, California  95811
Telephone:    (916) 443-2051
Facsimile:     (916) 443-2651

Attorneys for SUSAN VINEYARD,
Assignee of Phillip Sheridan, Judgment Creditor

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSAN VINEYARD, assignee of PHILLIP SHERIDAN,<br><br>　　　　　Judgment Creditor,<br><br>　　v.<br><br>JOHN KUPKA, and HANGTOWN LEASING COMPANY, a Delaware Corporation,<br><br>　　　　　Judgment Debtors. | **CASE NO.** 2:06-cv-02205-WBS-EFB<br><br>Date:   January 23, 2008<br>Time:  10:00 a.m.<br>Place: Court Room 25<br>　　　　501 "I" Street, 8th Floor<br>　　　　Sacramento, CA 95814 |

**ORDER CONTINUING EXAMINATION OF CYNTHIA KUPKA**

　　　Upon consideration of the request of J. Russell Cunningham, counsel for judgment creditor SUSAN VINEYARD, and the consent of George C. Hollister, counsel for third-party respondent CYNTHIA KUPKA, as reflected by the approval as to form attested to below, and good cause appearing therefore,

///

///

///

- 1 -

1    It is hereby ORDERED that the examination shall be, and hereby is, continued from October
2 31, 2007, at 10:00 a.m. to January 23, 2008, at 10:00 a.m., in Courtroom No. 25.
3 Dated: November 13, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

APPROVED AS TO FORM:

**HOLLISTER LAW CORPORATION**

     Signature on original
By: _____
    George C. Hollister, Attorneys for
    Cynthia Kupka, Third-Party Respondent