IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUSAN VINEYARD, assignee of
PHILLIP SHERIDAN,

   Judgment Creditor,    No. CIV S-06-2205 WBS EFB

 vs.

JOHN KUPKA, et al,      <u>ORDER</u>

   Judgment Debtors.
_____/

  This action was initiated by Susan Vineyard ("Vineyard"), the assignee of record, to register a foreign judgment in this district. The judgment was registered on May 17, 2006, and Vineyard has proceeded to enforce the judgment through various debtor examinations. On February 25, 2008, counsel filed an application for an order compelling a third party, Daryl Katcher, to appear for examination in connection with the enforcement proceedings.

  On February 26, 2008, the court denied the application without prejudice to refiling the application with documentation supporting an order to compel the examination. On March 14, 2008, counsel re-filed the application with supporting documentation. However, the supporting documentation does not comply with the relevant statutory requirements.

////

////

1

Pursuant to Fed. R. Civ. P. 69(a), the "procedure on execution – and in proceedings supplementary to and in aid of judgment or execution – must accord with the procedure of the state where the court is located . . . ." Vineyard acknowledges the applicability of California state law. In the application for an order to appear for examination, counsel indicates that pursuant to California Code of Civil Procedure §§ 491.110 or 708.120, an affidavit supporting the application is attached.[1] However, the document that is attached to the most recent application makes no reference to Daryl Katcher, the third party the judgment creditor wishes to examine. Thus, the court is unable to determine whether or not Mr. Katcher has possession or control of property in which the judgment debtor has an interest. Accordingly, the court denies the application without prejudice to refiling an appropriate affidavit or other proof justifying the examination..

SO ORDERED.

DATED: April 2, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Cal. Civ. Proc. Code § 708.120 provides, in relevant part:

> *Upon* ex parte application by a judgment creditor who has a money judgment and *proof by the judgment creditor by affidavit or otherwise to the satisfaction of the proper court that a third person has possession or control of property in which the judgment debtor has an interest or is indebted to the judgment debtor in an amount exceeding two hundred fifty dollars ($250), the court shall make an order directing the third person to appear before the court* . . . . *The affidavit in support of the judgment creditor's application may be based on the affiant's information and belief (emphasis added).*

Section 491.110 includes a substantially similar provision.