1 **J. RUSSELL CUNNINGHAM - SB 130578**
**DESMOND, NOLAN, LIVAICH & CUNNINGHAM**
2 1830 15th Street
Sacramento, California  95811
3 Telephone:    (916) 443-2051
Facsimile:     (916) 443-2651
4
Attorneys for SUSAN VINEYARD,
5 Assignee of Phillip Sheridan, Judgment Creditor

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUSAN VINEYARD, assignee of PHILLIP SHERIDAN,<br><br>            Judgment Creditor,<br><br>     v.<br><br>JOHN KUPKA, and HANGTOWN LEASING COMPANY, a Delaware Corporation,<br><br>            Judgment Debtors. | **CASE NO.** 2:06-cv-02205-WBS-EFB<br><br>Date:   June 6, 2008<br>Time:  9:00 a.m.<br>Place:  Desmond, Nolan, Livaich & Cunningham<br>            1830 15th Street<br>            Sacramento, CA 95811 |

**STIPULATION TO CONTINUE ORDER TO APPEAR FOR EXAMINATION**

Come now judgment creditor Susan Vineyard ("Vineyard") and Daryl Katcher ("Katcher"), in support of their stipulation, recite and stipulate as follows:

1.    On April 25, 2008, an order was issued directing Katcher to appear for examination on May 28, 2008 at 9:00 a.m. (the "OEX").

2.    On May 2, 2008, the OEX was served via hand-delivery on Katcher, in care of, Office Manager, Kelly Anderson.

3.    The OEX has been continued to June 6, 2008 at 9:00 a.m., at the Law Offices of Desmond, Nolan, Livaich & Cunningham, 1830 15th Street, Sacramento, CA 95811.

1  NOW WHEREFORE, the parties stipulate that:

2  A. The OEX scheduled for May 28, 2008 at 9:00 a.m. has been vacated.

3  B. The OEX shall be continued to June 6, 2008 at 9:00 a.m., at the Law Offices of
4  Desmond, Nolan, Livaich & Cunningham, 1830 15th Street, Sacramento, CA 95811.

5  **WHEREFORE**, the parties prays that the stipulation be approved and for such other and
6  further relief as is necessary and proper.

Dated: May ____, 2008           **DESMOND, NOLAN, LIVAICH & CUNNINGHAM**

                                Signature on original
                        By: _____
                                **J. RUSSELL CUNNINGHAM**
                                Attorneys for Susan Vineyard
                                Judgment Creditor

Dated: May ____, 2008           **DARYL KATCHER**

                                Signature on original
                        By: _____
                                **DARYL KATCHER**

**IT IS SO ORDERED:**

Dated: May 27, 2008.

                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE

- 2 -