IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONNA BUMGARDNER, et al.,

        Plaintiffs,

    vs.

JOHN KUPKA, et al.,

        Defendants.

No. CIV S-06-2205 WBS EFB

ORDER

---

This action was initiated by Susan Vineyard ("Vineyard"), the assignee of record, to register a foreign judgment in this district. The judgment was registered on May 17, 2006, and Vineyard has been proceeding to enforce the judgment through various debtor examinations. On April 22, 2010, counsel filed applications for orders that third parties Cynthia Kupka and Robert Kupka appear for examination in connection with the enforcement proceedings. Dckt. Nos. 57, 58. On April 26, 2010, the undersigned issued an order denying those applications without prejudice because they were not supported by the necessary affidavits. Dckt. No. 59.

On April 26, 2010, Vineyard's counsel again filed applications for orders that third parties Cynthia Kupka and Robert Kupka appear for judgment debtor examinations. Dckt. No. 60, 61. Both applications were supported by a declaration of Vineyard's counsel regarding the basis for requiring Robert Kupka to appear for the requested examination. Neither declaration

1

1  references Cynthia Kupka; therefore, once again, the court has no basis to determine whether or
2  not she should be ordered to appear for the requested examination. *See* Dckt. No. 60-2.
3  Additionally, although the Court is satisfied, based on Vineyard's counsel's declaration, that
4  Robert Kupka should be ordered to appear for a judgment debtor examination, the application
5  was not signed by Vineyard's counsel. *See* Dckt. No. 61. Accordingly, the April 26, 2010
6  applications are again denied without prejudice.

7  SO ORDERED.

8  DATED: April 27, 2010.

   EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE

2